IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASSANDRA ELIZABETH LYLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INDIVIDUAL ASSURANCE COMPANY | : | NO. 12-2731 |
| SOVEREIGN BANK | : | |

O R D E R

AND NOW, this 22nd day of May, 2012, upon consideration of plaintiff's motion to proceed *in forma pauperis* and her complaint, IT IS ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.